No. 798. REED v. RAGEN, WARDEN; and

No. 799. BRILL v. RAGEN, WARDEN. January 6, 1947. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 703. RAPPY v. UNITED STATES. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Louis H. Solomon* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 717. TOWER v. WATER HAMMER ARRESTER CORP. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Harold Olsen* for petitioner. *Sidney Neuman* for respondent.

No. 744. SALZMAN v. LONDON COAT OF BOSTON, INC. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Maurice Palais* for petitioner.

No. 754. KORDEWICK ET AL. v. INDIANA HARBOR BELT RAILROAD Co. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Gotthard A. Dahlberg* and *Sarsfield Collins* for petitioners. *Sidney C. Murray* and *Marvin A. Jersild* for respondent.